# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| CARMEN TRIANA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>　　　　　　Defendant. | **Case No. 3:21-cv-202-MHL**<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff Carmen Triana ("Plaintiff") and Defendant Capital One Bank (USA), N.A., have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with Prejudice within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

DATED: May 20, 2021　　　　　　　　　By: */s/Susan Mary Rotkis*
　　　　　　　　　　　　　　　　　　　　Susan Mary Rotkis VSB 40693
　　　　　　　　　　　　　　　　　　　　PRICE LAW GROUP APC
　　　　　　　　　　　　　　　　　　　　382 S. Convent Ave.
　　　　　　　　　　　　　　　　　　　　Tucson, AZ 85716
　　　　　　　　　　　　　　　　　　　　T: (818) 600-5506
　　　　　　　　　　　　　　　　　　　　E: susan@pricelawgroup.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Carmen Triana*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

John D. Sadler, Esq. (VA Bar No. 80026)
BALLARD SPAHR LLP
1909 K Street, 12th Floor
Washington, DC 20006-1157
Telephone: (202) 661-7659
Facsimile: (202) 661-2299
sadlerj@ballardspahr.com


/s/ Diego Sanchez