UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CARMEN TRIANA,

    Plaintiff,

v.          Civil Action No. 3:21-cv-202-MHL

CAPITAL ONE BANK (USA), N.A.,

    Defendants.

## STIPULATION OF DISMISSAL

COMES NOW, the Plaintiff, Carmen Triana, by counsel, together with Capital One Bank (USA), N.A., by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby STIPULATE to dismissal of the action with prejudice. The court shall retain jurisdiction for purposes of enforcement of the settlement pursuant to *Kokkonen v. Guardian Life Ins.*, 511 U.S. 375 (1994).

It is so STIPULATED.

        Respectfully submitted,
        CARMEN TRIANA,

        By:_____/s/_____
        John D. Sadler Esq.
        VSB #80026
        BALLARD SPAHR LLP
        1909 K Street, 12th Floor
        Washington, DC 20006-1157
        (202) 661-7659 – Telephone
        (202) 591-0167 – Facsimile
        E-mail:  sadlerj@ballardspahr.com
        *Counsel for Defendant*

        _____/s/_____
        Susan Rotkis

                                            VSB #40693
                                            PRICE LAW GROUP, APC
                                            382 S. Convent Ave.
                                            Tucson, Arizona 85701
                                            Telephone: (818) 600-5506
                                            Facsimile: (818) 600-5406
                                            Email: susan@pricelawgroup.com
                                            *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2021 I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

                                        /s/
                                  Susan Rotkis
                                  VSB #40693
                                  PRICE LAW GROUP, APC
                                  382 S. Convent Ave.
                                  Tucson, Arizona 85701
                                  Telephone: (818) 600-5506
                                  Facsimile: (818) 600-5406
                                  Email: susan@pricelawgroup.com
                                  *Counsel for Plaintiff*