UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CARMEN TRIANA,**

       **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　Civil Action No. 3:21-cv-202-MHL

**CAPITAL ONE BANK (USA), N.A.,**

       **Defendants.**

**STIPULATION OF DISMISSAL**

COMES NOW, the Plaintiff, Carmen Triana, by counsel, together with Capital One Bank (USA), N.A., by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby STIPULATE to dismissal of the action with prejudice. The court shall retain jurisdiction for purposes of enforcement of the settlement pursuant to *Kokkonen v. Guardian Life Ins.*, 511 U.S. 375 (1994).

It is so STIPULATED.

/s/
M. Hannah Lauck
United States District Judge

Respectfully submitted,
CARMEN TRIANA,

By:  /s/
John D. Sadler Esq.
VSB #80026
BALLARD SPAHR LLP
1909 K Street, 12th Floor
Washington, DC 20006-1157
(202) 661-7659 – Telephone
(202) 591-0167 – Facsimile
E-mail:  sadlerj@ballardspahr.com
*Counsel for Defendant*

_____/s/_____
Susan Rotkis

1

                                                    VSB #40693
                                                    PRICE LAW GROUP, APC
                                                    382 S. Convent Ave.
                                                    Tucson, Arizona 85701
                                                    Telephone: (818) 600-5506
                                                    Facsimile: (818) 600-5406
                                                    Email: susan@pricelawgroup.com
                                                    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2021 I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

                                                /s/
Susan Rotkis
VSB #40693
PRICE LAW GROUP, APC
382 S. Convent Ave.
Tucson, Arizona 85701
Telephone: (818) 600-5506
Facsimile: (818) 600-5406
Email: susan@pricelawgroup.com
*Counsel for Plaintiff*